UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL PAPP, et al., | ) | CASE NO.: 1:17-cv-00800-DAP |
| Plaintiffs, | ) ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) | |
| AS AMERICA, INC., | ) ) | **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) ) | |

The parties, through counsel, pursuant to Fed. Civ. R. 41(A)(1)(a)(2) and this Court's Order of June 14, 2017, hereby stipulate to the dismissal of this cause, with prejudice. Each party to bear its own costs. The parties further stipulate to the court retaining jurisdiction to enforce the terms of the settlement agreement reached between them in this case.

IT IS SO STIPULATED:

/s/     *Brendon P. Friesen*
ANTHONY J. COYNE (0039605)
BRENDON P. FRIESEN (0076694)
MANSOUR GAVIN LPA
1001 Lakeside Avenue, Suite 1400
Cleveland, Ohio  44114
(216) 523-1500; Fax (216) 523-1705
acoyne@mggmlpa.com
bfriesen@mggmlpa.com
eoconnor@mggmlpa.com

/s/     *Marcel C. Duhamel*
MARCEL C. DUHAMEL (0062171)
NATALIA STEELE (0082530)
AARON M. WILLIAMS (0090319)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114
(216) 479-6100; Fax (216) 479-6060
nsteele@vorys.com
*Counsel for Defendant*

/s/     *Stuart E. Scott*
DENNIS R. LANSDOWNE (0026036)
STUART E. SCOTT (0064834)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio  44114
(216) 696-3232; Fax (216) 696-3924
dlansdowne@spanglaw.com
sscott@spanglaw.com

*Counsel for Plaintiffs*

**IT IS SO ORDERED:**

    *s/Dan Aaron Polster*    7/17/2017
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**